IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2 AM 10: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* JUDIATH S. LUKE; STATE OF TENNESSEE, *EX REL.* JUDIATH S. LUKE; AND JUDIATH S. LUKE, INDIVIDUALLY, <br><br> Plaintiffs, <br><br> v. <br><br> OTOLARYNGOLOGY CONSULTANTS OF MEMPHIS, P.C., d/b/a MEMPHIS ENT (a/k/a Memphis Otolaryngology Consultants, P.C. and f/k/a LLB, Corp.), RANDE H. LAZAR, M.D., CAREMARK RX, INC. (f/k/a MED PARTNERS ACQUISITION CORPORATION AND MED PARTNERS, INC. <br><br> Defendants. | CIVIL ACTION NO.00-2541 DV <br><br> HONORABLE BERNICE B. DONALD |

## ORDER

AND NOW, this 1st day of November, 2005, upon consideration of the motion of the State of Tennessee for an extension of time in which to respond to the motion to dismiss on behalf of Lazar and OCM, it is hereby ORDERED that the motion is GRANTED. The response date for the State of Tennessee to the aforementioned motion is set for December 2, 2005.

BY THE COURT:

_____
HONORABLE BERNICE B. DONALD
Judge, U.S. District Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:00-CV-02541 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Michael K. Bassham
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Paul A. Koerber
LAW OFFICE OF PAUL A. KOERBER
460 Briarwood Dr.
Ste. 500
Jackson, MS 39206

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Roger K. Doolittle
LAW OFFICE OF ROGER K. DOOLITTLE
460 Briarwood Dr.
Ste. 500
Jackson, MS 39206

Veronica F. Coleman
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steven M. Markowitz
LAW OFFICE OF STEVEN M. MARKOWITZ
45 S. Idlewild
Ste. 509
Memphis, TN 38104

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT