UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES,

    Plaintiff,

Vs.                                                                         Civil No. 00-2541-D

RANDE H. LAZAR and OTOLARYNGOLOGY
CONSULTANTS OF MEMPHIS, P.C.,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Upon Motion of Tim Edwards and the law firm of Glassman, Edwards, Wade & Wyatt, P.C., to be allowed to withdraw from the representation of Defendants Rande Lazar and Otolaryngology Consultants of Memphis, P.C., there being no opposition to the Motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Tim Edwards, Esq. and the law firm of Glassman, Edwards, Wade & Wyatt, P.C., may withdraw as counsel of record for Defendants Rande Lazar and Otolaryngology Consultants of Memphis, P.C.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-23-05

Judge

Date: 12-22-2005

Approved:

**Glassman, Edwards Wade & Wyatt, P.C.**

_____
Tim Edwards, Esq. (TN#5353)
26 N. Second St.
Memphis, TN 38103
(901) 527-4673
(File: 04-484)

_____
Steve Markowitz, Esq.
45 South Idlewild, Suite 509
Memphis, TN 38104

_____
Ronald D. Krelstein, Esq.
7515 Corporate Centre Dr.
Germantown, TN 38138

_____
Paul A. Koerber, Esq.
460 Briarwood Dr., Suite 800
P.O. Box 12805
Jackson, MS 39236-2805

_____
Michael K. Bassham, Esq.
Tennessee Attorney General's Office
425 Fifth Ave. North
Nashville, TN 37243

John S. Hicks, Esq.
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN  37201


William W. Siler, Esq.
167 North Main St., Suite 800
Memphis, TN  38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:00-CV-02541 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Paul A. Koerber
LAW OFFICE OF PAUL A. KOERBER
460 Briarwood Dr.
Ste. 500
Jackson, MS 39206

Michael K. Bassham
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Roger K. Doolittle
LAW OFFICE OF ROGER K. DOOLITTLE
460 Briarwood Dr.
Ste. 500
Jackson, MS 39206

Veronica F. Coleman
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steven M. Markowitz
LAW OFFICE OF STEVEN M. MARKOWITZ
45 S. Idlewild
Ste. 509
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT